IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–52–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND GIRHART BOULDIN, | |
| Defendants. | |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 40.)

IT IS ORDERED that the motion (Doc. 40) is GRANTED. The forfeiture action against: (1) the 12-gauge shotgun, single-shot, break-action serial #KN101450; (2) the Howard Arms Revolver in pieces; (3) 10 rounds of .338 ammunition; and (4) 11 rounds of assorted ammunition in the above-captioned case is DISMISSED.

DATED this 5th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court

1