IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND GIRHART BOULDIN,<br><br>Defendants. | CR 19–52–M–DLC<br><br><br><br>ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

2. A Preliminary Order of Forfeiture was entered on January 21, 2020. (Doc. 37.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 42.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

1

It is therefore ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), free from the claims of any other party, the following property:

- Sig Sauer, Model P320, Serial #58B216939, Caliber 40 S&W;
- Rock Island Armory, Model M1911, Serial #RIA1629781, Caliber .45ACP;
- Sawed-off shotgun, serial #ICN;
- Howard Arms Revolver in pieces;
- 10 rounds of .338 ammunition; and
- 11 rounds of assorted ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 13th day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court