

MAY 2 9 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-52-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND GIRHART BOULDIN, | |
| Defendant. | |

Before the Court is Defendant Raymond Girhart Bouldin's Motion to Submit

Letter Past Due.  (Doc. 53.)

IT IS ORDERED that the motion (Doc. 53) is GRANTED.  Mr. Bouldin shall

file the letter with the Court immediately upon his receipt of this Order.

DATED this  29th  day of May, 2020.

Dana L. Christensen, District Judge
United States District Court

1